February 5, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE ESTATE OF CALVIN OWENS, Deceased

NO. 14-12-00996-CV

_____

Today the Court heard appellees' motion to dismiss the appeal from the judgment signed by the court below on July 26, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, David Mitchum and Linda Mazzagatti.

We further order this decision certified below for observance.